**United States Bankruptcy Court**
**District of Massachusetts**

In re                                                              Case No  15-42194

John P. Wayne                                                      Chapter  13
19 Sawtelle Place
Lowell, MA 01851

    Debtor

## VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of Creditors, which consists of  1  pages and a total of  3  creditors, is true, correct and complete to the best of my knowledge.

Date: 11-17-15

                              John P. Wayne
                              Debtor _/s/ John P. Wayne_

                              Joint Debtor

Nationstar Mortgage

PO Box 619063

Dallas, TX 75261-9063

MA Department of Revenue

PO Box 7002

Boston, MA 02204

Internal Revenue Service

PO Box 9052

Andover, MA 01810-9052