**U.S. Bankruptcy Court**
**District of Massachusetts**

In Re:                                              Case No: 15-42194
                                                    Chapter 13

    John Wayne

        Debtor


Order of Dismissal

    Due to the failure of the Debtor to comply with the Court's Order of 11/12/2015, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.


Date: December 1, 2015

                                                                                            */s/ Christopher J. Panos*
                                                                                            Bankruptcy Judge


c:    Debtor
      Debtor's counsel
      Trustee