**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   John Wayne<br>        Debtor, | Chapter: 13<br>Case No: 15–42194<br>Judge Christopher J. Panos |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above was entered on 12/1/15 .

Date:12/16/15                                    By the Court,

                                                 David Corchado
                                                 Deputy Clerk
                                                 508–770–8905

14